IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MATHIS,                      No. C-11-3041 TEH (PR)

       Petitioner,            ORDER OF DISMISSAL

     v.

_____/

       On June 20, 2011, plaintiff, a state prisoner, submitted a letter to this Court alleging that his sentence was unconstitutional. The Court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison trust account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was also notified that he failed to attach a complaint or petition to his pleading.

//

        Petitioner received an extension of time to September 1, 2011 to file his *in forma pauperis* application and a complaint or petition. Over twenty (20) days have elapsed since the extended deadline; however, Petitioner has not provided the Court with the requisite items.

        Accordingly, the action is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to terminate all pending motions as moot and close the file.

        IT IS SO ORDERED.

DATED: *09/21/2011*

                                            THELTON E. HENDERSON
                                            United States District Judge

G:\PRO-SE\TEH\HC.11\Mathis-11-3041-dismiss-ifp2.wpd

2