1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT MATHIS,                        No. C-11-3041 TEH (PR)

12          Petitioner,                    ORDER OF DISMISSAL

13          v.

14

15

16  _____/

17

18          On June 20, 2011, plaintiff, a state prisoner, submitted a

19  letter to this Court alleging that his sentence was

20  unconstitutional.  The Court notified Petitioner in writing at that

21  time that the action was deficient because he did not pay the

22  requisite $ 5.00 filing fee or, instead, submit a signed and

23  completed court-approved in forma pauperis application, including a

24  completed certificate of funds in his prison trust account and a

25  copy of his prison trust account statement for the last six months.

26  See 28 U.S.C. § 1915(a)(2).  Petitioner was also notified that he

27  failed to attach a complaint or petition to his pleading.

28  //

Petitioner received an extension of time to September 1, 2011 to file his in forma pauperis application and a complaint or petition.  Over twenty (20) days have elapsed since the extended deadline; however, Petitioner has not provided the Court with the requisite items.

Accordingly, the action is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED        09/21/2011

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.11\Mathis-11-3041-dismiss-ifp2.wpd

2